COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     In re Willowbrook Mall (TX), LLC

Appellate case number:   01-14-00413-CV

Trial court case number: 2013-49294

Trial court:             215th District Court of Harris County

Date motion filed:       November 4, 2014

Party filing motion:     Relator

       The en banc court has unanimously voted to deny relator's motion for en banc reconsideration.  It is ordered that the motion is denied.

Judge's signature: /s/ Terry Jennings
                      Acting for the Court the En Banc Court*

Date:  December 16, 2014

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle (Justice Sharp not participating).